UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDELL LARKIN, | No. 2:15-cv-0527 TLN GGH P |
| Petitioner, | |
| v. | ORDER |
| D. DAVEY, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Based on petitioner's claims that he does not have his legal property or access to a law library at the Department State Hospital, where he has been transferred due to suicidal thoughts, he will be granted an extension of time in which to file a traverse.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 25, 2016 motion for appointment of counsel (ECF No. 23) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

2. Petitioner is granted an extension of thirty days from the date of this order in which to file a traverse to the answer.

Dated: May 1, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/mp; lark0527.110